

# NUMBER 13-24-00618-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SERGIO FLORES,                                                                    **Appellant,**

**v.**

ALONDRA LARRASQUITU, A MINOR,
BY AND THROUGH HER GUARDIAN,
CINTHIA DE LA TORRE,                                                  **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

Appellant Sergio Flores perfected an appeal from a final judgment awarding

appellee Alondra Larrasquitu, a minor, by and through her guardian, Cinthia De La Torre,

immediate possession of certain real property. The parties have since filed a joint motion to dismiss the appeal, informing the Court that they have reached a settlement agreement that resolves all claims between the parties.

In accordance with the joint motion signed by the parties' attorneys, the Court grants the motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A). Pursuant to the parties' agreement, each party will bear their own appellate costs. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
22nd day of May, 2025.

2